◼ In the Matter of SHARON ALBEE et al., Respondents, v BOARD OF EDUCATION OF THE BYRON-BERGEN CENTRAL SCHOOL DISTRICT, Appellant. (Appeal No. 1.) [803 NYS2d 496]—Appeal from an order of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), dated July 1, 2004 in a proceeding pursuant to CPLR article 78. The order, inter alia, granted the petition to the extent of directing respondent to provide petitioners copay benefits equivalent to active employees.

DISTRICT, Appellant. (Appeal No. 2.) [803 NYS2d 496]—Appeal from a judgment of the Supreme Court, Genesee County (Robert C. Noonan, A.J.), entered August 4, 2004 in a proceeding pursuant to CPLR article 78. The judgment, inter alia, granted the petition to the extent of directing respondent to provide petitioners copay benefits equivalent to active employees.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Green, J.P., Hurlbutt, Scudder, Kehoe and Gorski, JJ.